UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LEONARDO A. BLANCO,

Defendant.

11CR97-3 (DLC)

ORDER

DENISE COTE, District Judge:

On January 26, 2024, defendant Leonardo Blanco moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 821 to the Sentencing Guidelines. On July 16, this Court determined that the motion was not without merit and counsel should appointed to represent the defendant. The Federal Defenders of the Southern District of New York being conflicted, it is hereby

ORDERED that CJA Duty Counsel Michael Hueston is appointed to represent the defendant in this Court's consideration of whether the defendant's sentence should be modified in light of Amendment 821. Counsel shall refer to this Court's July 16, 2024 Order comply with its schedule.

Dated:    New York, New York
          July 19, 2024

_____
Denise Cote
United States District Judge