UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LEONARDO A. BLANCO,

Defendant.

11CR97-3 (DLC)

ORDER

DENISE COTE, District Judge:

On January 26, 2024, defendant Leonardo Blanco moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 821 to the Sentencing Guidelines. It was determined that the motion was not without merit and CJA Counsel Michael Hueston was appointed to represent the defendant.

On September 17, the Government responded to the defendant's motion and indicated that it does not object to a reduction in the defendant's sentence to a sentence within the new Guidelines range. The defendant did not file any supplemental briefing or any reply. This Court determined that the defendant was eligible for a sentence reduction and that one was warranted. In an Opinion dated September 30, 2024, this Court reduced the defendant's sentence from 168 months to 135 months.

In a submission to the Court dated October 7, 2024 and docketed on October 16, the defendant raises substantially the

same issues that he raised in his January 26 motion. He makes no reference to the Opinion of September 30, and it does not appear that he received the Opinion. Accordingly, it is hereby

ORDERED that the defendant's October 16 motion is denied as moot. The Clerk of Court is directed to mail the defendant a copy of the September 30 Opinion as well as this Order at FCI Fort Dix and note service on the docket.

Dated:    New York, New York
          October 24, 2024

                                        _____
                                              Denise Cote
                                        United States District Judge